IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD M. BRYANT,

    Plaintiff,                      No. CIV S-07-0462 LKK DAD P

    vs.

JAMES TILTON,

    Defendant.                 <u>ORDER</u>

/

        Plaintiff has requested an extension of time to file an opposition to defendants' June 25, 2007 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 26, 2007 motion for an extension of time is granted; and

        2. Plaintiff is granted to and including August 30, 2007, in which to file an opposition to defendants' June 25, 2007 motion to dismiss. Any reply shall be filed and served in accordance with Local Rule 78-230(m).

DATED: August 1, 2007.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:bb
brya0462.36