IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD BRYANT,

      Plaintiff,                              No. CIV S-07-0462 LKK DAD P

     vs.

JAMES E. TILTON,

      Defendant.                   ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On January 14, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed timely objections to the findings and recommendations. Defendant has filed a reply.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's January 30, 2008 request for an extension of time to file objections is denied as unnecessary;

2. The findings and recommendations filed January 14, 2008, are adopted in full;

3  Defendant's June 25, 2007 motion to dismiss is granted;

4. The court declines to exercise supplemental jurisdiction over plaintiff's state law claims; and

5. This action is dismissed.

DATED: March 3, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT